UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEFFREY LERMAN | No. 3:05CR50<br><br><br>April 11, 2006 |

## MOTION OF DEFENDANT JEFFREY LERMAN TO SEAL HIS MOTION TO ADJOURN SENTENCING

Defendant Jeffrey Lerman, through undersigned counsel, hereby moves pursuant to Local Rule 57(b) of District of Connecticut Rules of Criminal Procedure for an order sealing the motion to adjourn the sentence in the above matter to October 5, 2006. This motion contains personal and sensitive, non-public information relating to the Defendant.

In order to preserve the Defendants security at this juncture, Mr. Lerman respectfully requests that this Court order that the motion be filed under seal.

Dated: April 11, 2006

                Respectfully submitted,

                Donald R. Schechter, Esq.
                Attorney for Defendant
                80-02 Kew Gardens Road, Ste. 1030
                Kew Gardens, NY 11415
                (718) 263-4450

                By: _____
                      Gary Collins
                      Day, Berry & Howard LLP
                      CityPlace I
                      Hartford, CT 06103

## **CERTIFICATION**

I herby certify that on April 11, 2006, a copy of the foregoing was served on the following parties via overnight mail:

>Assistant United States Attorney
>Maria Khan
>450 Main Street
>Hartford Connecticut 06510

>_____
>Gary Collins
>Day, Berry & Howard LLP
>CityPlace I
>Hartford, CT 06103