UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES | JUDGMENT |
|---|---|
| V. | CASE NO. 3:05-CR-50(RNC) |
| | USM NO: 16666-014 |
| JEFFREY LERMAN | |
| 4835 Berwyn House Road | Government's Counsel: |
| College Park, MD 20740 | Edward Chang |
| | Assistant United States Attorney |
| | 157 Church Street |
| | New Haven, CT 06510 |
| | |
| | Defendant's Counsel: |
| | Donald R. Schechter |
| | 80-02 Kew Gardens Road, Suite 1030 |
| | Kew Gardens, NY 11415 |

The defendant pleaded guilty to count one of an information.  Accordingly, the defendant is adjudicated guilty of the following offense:

| Title & Section | Nature of Offense | Offense Concluded | Count |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit Criminal Copyright Infringement | April 21, 2004 | one |

The following sentence is imposed pursuant to the Sentencing Reform Act of 1984.  The Court imposes a nonguidelines sentence.  The advisory guideline range of 46 to 57 months contained in the parties' stipulation reflects a 14-level increase under USSG § 2B1.1(b)(1)(H) for a loss of more than $400,000, but the record is insufficient to support a reasonable estimate of the loss that should be attributed to the defendant, and the appropriate amount might well be considerably less than $400,000.  The advisory guideline range contained in the parties' stipulation is harsher than necessary to reflect the seriousness of the offense conduct, punish the defendant and deter him from criminal activity.  The defendant committed the offense while suffering from diminished volitional capacity due to mental illness, which contributed substantially to his offense conduct.   Since his arrest, he has cooperated with the government, complied fully with the conditions of his release, and received mental health treatment.  He has made a good recovery and is now gainfully employed.   Sentencing him to incarceration would disrupt his progress, threaten his recovery and jeopardize his ability to receive his college degree, which has been withheld from him pending the outcome of his criminal case.  Such a harsh sentence would not promote respect for law and is not justified by the interest in general deterrence.  Finally, a nonguidelines sentence is necessary to avoid unwarranted disparity in sentencing because similarly situated defendants have received sentences of probation.

**PROBATION**

The defendant is hereby sentenced to a term of probation of 3 years, subject to the mandatory and standard conditions of probation set forth below at page 3.  The mandatory condition requiring drug testing is waived.  In addition, the following special conditions are imposed:

1. The defendant will spend 6 months on home confinement, with telephonic monitoring at his expense, to begin promptly once the Probation Office in the District of Maryland assigns an officer to supervise the defendant.  During this 6-month period, the defendant will remain in his home at all times except for approved absences for gainful employment, medical appointments, religious services, and other times specifically approved in advance by the Probation Office.

2. The defendant will pay a fine in the amount of $ 7,500, at a rate of $200 per month.  Interest on the fine is waived.

3. The defendant will not open new lines of credit or incur significant new credit card charges without the prior permission of the Probation Office until the fine is paid in full.

4. The defendant will provide the Probation Office with access to requested financial information.

Page 2

**MONETARY PENALTIES**

In addition to the fine noted above, the defendant will pay a special assessment of $100.00, which is due immediately.

It is further ordered that the defendant will notify the United States Attorney for this District within 30 days of any change of name, residence or mailing address until the fine and special assessment imposed by this judgment are paid.

**August 7, 2007**
Date of Imposition of Sentence

__/s/_____
Robert N. Chatigny, U.S.D.J.
Date: August 7, 2007

**RETURN**

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____, with a certified copy of this judgment.

John F. Bardelli
United States Marshal

By _____
Deputy Marshal

***CERTIFIED AS A TRUE COPY***
***ON THIS DATE.*** _____
***Kevin F. Rowe, Clerk***

**BY:** _____
   ***Deputy Clerk***

Page 3

## CONDITIONS OF PROBATION/SUPERVISED RELEASE

**In addition to the Standard Conditions listed below, the following indicated (■) Mandatory Conditions are imposed:**

- ■ (1) The defendant shall not commit another federal, state or local offense;
- ☐ (2) The defendant shall not unlawfully possess a controlled substance;
- ☐ (3) The defendant who is convicted for a domestic violence crime as defined in 18 U.S.C. section 3561(b) for the first time shall attend a public, private, or private non-profit offender rehabilitation program that has been approved by the court, in consultation with a State Coalition Against Domestic Violence or other appropriate experts, if an approved program is available within a 50-mile radius of the legal residence of the defendant;
- ☐ (4) The defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance;
- ☐ (5) If a fine is imposed and has not been paid upon release to supervised release, the defendant shall adhere to an installment schedule to pay that fine;
- ■ (6) The defendant shall (A) make restitution in accordance with 18 U.S.C. sections 2248, 2259, 2264, 2327, 3663, 3663A, and 3664; and (B) pay the assessment imposed in accordance with 18 U.S.C. section 3013;
- ☐ (7) A defendant convicted of a sexual offense as described in 18 U.S.C. sections 4042(c)(4) shall report the address where the defendant will reside and any subsequent change of residence to the probation officer responsible for supervision, and shall register as a sex offender in any State where the person resides, is employed, carries on a vocation or is a student.
- ■ (8) The defendant cooperate in the collection of a DNA sample from the defendant.

**While on supervised release, the defendant shall also comply with all of the following Standard Conditions:**

1. The defendant shall not leave the judicial district or other specified geographic area without the permission of the court or probation officer;
2. The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4. The defendant shall support the defendant's dependents and meet other family responsibilities (including, but not limited to, complying with the terms of any court order or administrative process pursuant to the law of a state, the District of Columbia, or any other possession or territory of the United States requiring payments by the defendant for the support and maintenance of any child or of a child and the parent with whom the child is living);
5. The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6. The defendant shall notify the probation officer at least ten days prior to any change of residence or employment;
7. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician;
8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered, or other places specified by the court;
9. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10. The defendant shall permit a probation officer to visit the defendant at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11. The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13. The defendant shall pay the special assessment imposed or adhere to a court-ordered installment schedule for the payment of the special assessment;
14. The defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay any unpaid amount of restitution, fines, or special assessments.

**Upon a finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision <u>and impose a term of imprisonment</u>, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.**

**These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.**

(Signed) _____        _____
       **Defendant**                                                                       **Date**

_____        _____
**U.S. Probation Officer/Designated Witness**         **Date**