AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## DISTRICT OF CT

United States District Court
District of Connecticut
FILED AT HARTFORD
8/7/07
Kevin F. Rowe, Clerk
By _____
Deputy Clerk

USA

v.

Jeffrey Lozman

Case Number: 3:05CR50(RNC)

Defendant's EXHIBIT AND WITNESS LIST

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Chatigny | Chang | Schechter |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 8/7/07 | Warner | Walker |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 8/7/07 | (sworn) |  | Dr. Robert Reiner, 111 E 40th St NY NY 10132 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages