# Donald R. Schechter, P.C.

Attorney-at-Law

80-02 Kew Gardens Road, Suite 1030
Kew Gardens, New York 11415

(718) 263-4450
Fax (718) 520-0921

RECEIVED
2007 OCT 15 P 12: 53
CHAMBERS
ROBERT N. CHATIGNY
U.S. DISTRICT JUDGE

October 10, 2007

Hon. Robert M. Chatigny
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street- Room 135 Annex

    Re:   United States v. Jeffery Lerman
07-3832-CR
3:05CR50 RCN

Dear Chief Judge Chatigny:

    I have been retained, along with Attorney Richard D. Willstatter of White Plains, New York, to represent the defendant in connection with the government's appeal of the judgment rendered against Mr. Jeffery Lerman. In order to perfect the appellee's brief, we need to order a copy of the Rule 11 guilty plea transcript from March 8, 2005. I understand a portion of that transcript has been sealed. This is an application for permission for Stephen Bowles, the court reporter, to produce a copy of the entire plea transcript for use in preparing the appellee's brief in opposition.

Very truly yours,

Donald R. Schechter, Esq.

DRS:jf

Cc:   Edward Chang, Esq.
      Assistant United States Attorney